ORDERED.

**Dated: June 8, 2023**


Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:23−bk−00165−TPG
Chapter 7

Diana Carrera Berube
aka Diana Carrera Bertrand
aka Diana Marie Carrera

_____Debtor\*_____/

**ORDER ON REAFFIRMATION AGREEMENT**

THIS CASE came on for hearing on June 7, 2023 for consideration of the Reaffirmation Agreement between the Debtor and FreedomRoad Financial (Doc. No. 14 ) . For reasons stated orally and recorded in open court that shall constitute the decision of the Court, accordingly, it is

**ORDERED:**

The Reaffirmation Agreement is approved under 11 U.S.C. § 524(c)(6)(A), (d)(2).

The Clerk's office is directed to serve a copy of this order on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.